**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| PEDRO PEREZ BARRERA | CIVIL ACTION NO. 26-676 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| WARDEN PINE PRAIRIE CORRECTIONAL FACILITY, ET AL. | MAGISTRATE JUDGE WHITEHURST |

**ORDER**

In a prior order, Record Document 19, the undersigned referred the Petition for Habeas Corpus, Record Document 6, to the Magistrate Judge for Report and Recommendation. That same order also required the Respondents to provide regular status updates on their removal efforts. Record Document 19. The Respondents provided a status report, and the Petitioner replied, requesting release and making the same arguments made in the habeas petition. *See* Record Document 22. Because resolving these arguments will also address the habeas petition, the habeas petition will be referred to the undersigned for the purpose of judicial economy.

Considering the foregoing,

**IT IS ORDERED** that Petition for Writ of Habeas Corpus, Record Document 6, is **REFERRED** to the undersigned for adjudication. To the extent that a prior order, Record Document 19, referred the habeas petition to the Magistrate Judge for Report and Recommendation, that order is **VACATED**.

**DONE AND SIGNED** at Shreveport, Louisiana, this 16th day of September, 2026.

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE