**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| PEDRO PEREZ BARRERA | CIVIL ACTION NO. 26-0676 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| WARDEN PINE PRAIRIE CORRECTIONAL FACILITY, ET AL | MAGISTRATE JUDGE WHITEHURST |

**ORDER**

Pedro Perez Barrera ("Petitioner") filed a Petition for Writ of Habeas Corpus, Record Document 6, and an Emergency Motion for Immediate Release, Record Document 10. The Emergency Motion was denied based on the Government showing removal was likely to occur in the reasonably foreseeable future. Record Document 18. The Government filed a status report on its removal efforts, and Petitioner replied to the status report praying for release based on a *Zadvydas* violation. Record Document 22. The Petition for Writ of Habeas Corpus, Record Document 6, was referred to the undersigned for adjudication, Record Document 23, but Respondents have not filed a response to the habeas petition. The Court requires a response before it can adjudicate the merits of the habeas petition.

Considering the foregoing,

**IT IS ORDERED** that the Respondents shall file a response to the Petition for Writ of Habeas Corpus, Record Document 6, no later than **October 12, 2026**. Petitioner shall file a reply no later than **October 26, 2026**.

**DONE AND SIGNED** at Shreveport, Louisiana, this 22nd day of September, 2026.

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE